**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 1 1 2010 ★

BROOKLYN OFFICE

VIKTORIA AGURENKO )
)
DMITRI AGURENKO )
)
SVETLANA AGURENKO )
)
VLADISLAV AGURENKO )
)
JENIA GARRY )
)
OLGA GARRY )
)
VILIA GARRY )
)
VERA JAGADUAEV )
)
POLINA TROSHIN )
)
YANA TROSHIN )
)
BRONISLAV VERCHILOVSKI )
)
YAKOV VERCHILOVSKI )
)
LEAH YEKUTIEL )
)
SARAH YEKUTIEL )
)
ALEKSANDR ZUBAR )
)
ANNA ZUBAR )
)
DENNIS ZUBAR )
)
PLAINTIFFS, )
)
V. )
)
ARAB BANK, PLC )
)
DEFENDANT. )

CV 10 - 626

COMPLAINT

CIVIL ACTION NUMBER:

VITALIANO, J.

LEVY, M.J.

# COMPLAINT

Plaintiffs make the following allegations applicable to each cause of action pled herein:

## INTRODUCTION

1.      Since September 2000, groups of Palestinian militants in the West Bank and the Gaza Strip have acted with a united purpose to eradicate the State of Israel through a systematic and widespread campaign of suicide bombings and other murderous attacks known as the second Palestinian *intifada*, or alternatively as the Al Aqsa Intifada or Intifada Al Quds (hereinafter the "Second Intifada").

2.      The terrorist attacks arising out of the Second Intifada have been authorized, directed and committed by terrorist organizations, including the Islamic Resistance Movement ("Hamas"), the Palestinian Islamic Jihad ("PIJ"), the Al-Aqsa Martyrs' Brigade ("AAMB"), and the Popular Front for the Liberation of Palestine ("PFLP"), all of whom have been listed for years by the United States Department of the Treasury as Specially Designated Global Terrorists ("SDGTs"), and also have been designated by the United States Department of State as foreign terrorist organizations ("FTOs").

3.      Plaintiffs are victims of a suicide bombing committed by the terrorist organization Hamas, with the support of Defendant Arab Bank, PLC ("Arab Bank"), at the entrance to the Dolphinarium dance club in Tel Aviv, Israel on June 1, 2001.

4.      In the Dolphinarium suicide attack, two Hamas operatives drove Hamas suicide bomber Said Hassan Hussein Hotari to a popular dance club in Tel Aviv, the Dolphinarium. He entered into the line for the dance club, positioned himself among several teenage girls, and blew himself up at the entrance to the dance club, killing and injuring numerous teenage girls, many of whom were celebrating their high school graduation.

5.      The bomb blast was so intense that it vaporized the bomber and the girl next to him, tore the limbs from the victims' bodies, and scattered flesh and body parts up to six blocks away. In total, twenty-two people were killed and eighty-three people were injured.

6.      The terrorist organization Hamas took responsibility for the suicide bombing, and identified the suicide bomber as Said Hassan Hussein Hotari.

7.      To successfully plan, fund, and carry out the Dolphinarium attack and similar suicide bombing attacks against Israeli civilians, Hamas relied upon Defendant Arab Bank to support its operations by providing Hamas, and similar terrorist organizations, with an open, notorious, and formalized system of terrorist financing.

8.      As one vital component of the terrorists' financing operations, Arab Bank incentivized and incited terrorist attacks by participating in programs designed to encourage suicide bombers by providing payments to the families of martyrs who participated in suicide bombing attacks, including by collaborating with certain committees that have been formed to financially support the Second Intifada, including the Saudi Committee for Aid to the Al Quds Intifada ("Saudi Committee").

9.      Indeed, shortly after the Dolphinarium suicide bombing, the Saudi Committee, with Arab Bank's financial support, made payments to the families of at least two Hamas operatives involved in the bombing -- Abdel Rahman Hamad, a Hamas operative who drove the bomber to the dance club, and the Dolphinarium bomber himself, Said Hassan Hussein Hotari.

10.     In addition to incentivizing suicide bombings, Arab Bank provided banking services to terrorist organizations, their agents, and operatives, including by maintaining bank accounts for known terrorist organizations Hamas, Palestinian Islamic Jihad, Fatah Tanzim, and Al Qaeda for the purpose of advancing their terrorist activities.

11.    Arab Bank also solicited, collected, maintained, laundered, and distributed funds for terrorist front organizations located throughout the world for the purpose of funding terrorist attacks. Arab Bank's support included provided banking services for the following known terrorist front organizations: Al-Ansar Society, Al-Bireh Al-Islah Society, Al-Huda Society – Ramallah, Al-Islah Charitable Society, Al-Lod Charitable Society, Social Center, Rehabilitation Committee, Al-Qur'an wa al-Sunnah Society Qalqiliya, Al-Wafaa' Building Charitable Society, Azariya Society for the Fostering of Women, Bethlehem Elehssan Society, Bethlehem Society for Orphans, Central Islamic Society – Gaza Strip, Charitable and Children's Mercy Society – Gaza Strip, Gaza Charitable Society for the Sick, Hebron Elehssan Society, Hebron Young Muslims' Society, House of the Qur'an and Sunnah Society, Jabalia Islamic Society, Jama'ah al-Islamiya, Jenin Charitable Society, Jenin Elehssan Society, Khan Yunis Charitable Society, Khan Yunis Charity and Mercy Society, Nablus Al-Tadamun Charitable Society, Nablus Islamic Aid Committee, Nur Al-Ma'rifah Society, Nusseirat Islamic Society, Qalqiliya Charitable Society, Qararah Islamic Society, Rafah Islamic Society, Ramallah Charitable Society, Trusteeship for the Care of the Aged Society, The Al-Nur Prisoner Society, The Islamic Society, The Islamic University – Gaza, Tubas Charitable Society, Tulkarem Charitable Society, and Zakat Committee Dehaishe Refugee Camp.

12.    Without Arab Bank's financial support, terrorist organizations would have been unable to finance the high volume of suicide bombings and other murderous attacks that they have perpetrated since the start of the Second Intifada.

13.    This civil action is brought by foreign nationals who are victims of the Dolphinarium bombing, and by close family members of victims pursuant to the Alien Tort Claims Act, 28 U.S.C. § 1350 ("ATCA"). Plaintiffs allege that Arab Bank violated international

law by financing international terrorism, and by aiding and abetting acts of genocide and crimes against humanity committed by terrorist organizations.

## PARTIES

**I.      Plaintiffs**

14.      Plaintiffs are victims of international terrorism, acts of genocide and crimes against humanity. They are also persons injured in a Hamas suicide bombing committed at the entrance to the Dolphinarium dance club in Tel Aviv, Israel on June 1, 2001.

15.      Plaintiff Viktoria Agurenko, a citizen of Israel, asserts claims arising from the substantial injuries that she suffered as a result of the bombing of the Dolphinarium dance club.

16.      Plaintiffs Dmitri Agurenko, Svetlana Agurenko, and Vladislav Agurenko, citizens of Israel and close relatives of Plaintiff Viktoria Agurenko, assert claims arising from the substantial injuries that they suffered as a result of the bombing of the Dolphinarium dance club.

17.      Plaintiff Jenia Garry, a citizen of Israel, asserts claims arising from the substantial injuries that she suffered as a result of the bombing of the Dolphinarium dance club.

18.      Plaintiffs Olga Garry and Vilia Garry, citizens of Israel and close relatives of Plaintiff Jenia Garry, assert claims arising from the substantial injuries that they suffered as a result of the bombing of the Dolphinarium dance club.

19.      Plaintiff Vera Jagudaev, a citizen of Israel, asserts claims arising from the substantial injuries that she suffered as a result of the bombing of the Dolphinarium dance club.

20.      Plaintiff Polina Troshin, a citizen of Israel, asserts claims arising from the substantial injuries that she suffered as a result of the bombing of the Dolphinarium dance club.

21.     Plaintiff Yana Troshin, a citizen of Israel and close relative of Plaintiff Polina Troshin, asserts claims arising from the substantial injuries that she suffered as a result of the bombing of the Dolphinarium dance club.

22.     Plaintiff Bronislav Verchilovski, a citizen of Israel, asserts claims arising from the substantial injuries that he suffered as a result of the bombing of the Dolphinarium dance club.

23.     Plaintiff Yakov Verchilovski, a citizen of Israel and close relative of Plaintiff Bronislav Verchilovski, asserts claims arising from the substantial injuries that she suffered as a result of the bombing of the Dolphinarium dance club.

24.     Plaintiff Leah Yekutiel, a citizen of Israel, asserts claims arising from the substantial injuries that she suffered as a result of the bombing of the Dolphinarium dance club.

25.     Plaintiff Sarah Yekutiel, a citizen of Israel and close relative of Plaintiff Leah Yekutiel, asserts claims arising from the substantial injuries that she suffered as a result of the bombing of the Dolphinarium dance club.

26.     Plaintiff Aleksandr Zubar, a citizen of Israel, asserts claims arising from the substantial injuries that he suffered as a result of the bombing of the Dolphinarium dance club.

27.     Plaintiffs Anna Zubar and Dennis Zubar, citizens of Israel and close relatives of Plaintiff Aleksandr Zubar, assert claims arising from the substantial injuries that they suffered as a result of the bombing of the Dolphinarium dance club.

**II.     Defendant**

28.     Based in Amman, Jordan, Arab Bank is the largest bank in Jordan with reported total assets of $23 billion.

29.    Arab Bank is majority owned and controlled by the shareholders of Arab Bank Group, a Jordanian holding company, which is controlled by the Shoman family, a Jordanian family of Palestinian descent.

30.    Arab Bank also benefits from and operates through its various sister institutions, subsidiaries, and affiliates, which collectively make up the "Arab Bank Group," through which Arab Bank owns a 40% interest in Saudi Arabia's Arab National Bank.

31.    Arab Bank operates through a global network of more than 400 branches and offices in over twenty-five countries.  It maintains a business presence in every Arab country where private banking is permitted, as well as twenty-two local branches throughout the West Bank and Gaza Strip.

32.    Arab Bank has a branch office located at 520 Madison Avenue, New York, New York.  It is registered to conduct business under the laws of the State of New York and it has operated a federally chartered branch in New York for over twenty years.

### JURISDICTION AND VENUE

33.    Jurisdiction arises pursuant to 28 U.S.C. § 1331 and § 1332(a)(2).  Jurisdiction also arises pursuant to 28 U.S.C. § 1350 and 28 U.S.C. § 1367.  This Court has personal jurisdiction over the Defendant herein.

34.    Venue is both proper and convenient in this district pursuant to 28 U.S.C. § 1391.

### INTERNATIONAL LAW

35.    The conduct described in this complaint, which consists of Arab Bank's purposeful support of known terrorist organizations that commit suicide bombings and other murderous attacks on civilians, has been universally condemned, including both under international law and the law of the United States.

7

**I.**     **<u>Universal Condemnation of Financing of Terrorism</u>**

36.     The international community has universally condemned the financing of terrorism, thus incorporating this offense into the law of nations pursuant to the ATCA.

37.     The following international conventions and/or United Nations Security Council Resolutions make clear that the financing of terrorism is incorporated into the law of nations:

- The International Convention for the Suppression of the Financing of Terrorism, G.A. Res. 54/109, U.N. GA OR, 54th Sess., 76th mtg., Supp. No. 49, U.N. Doc. A/Res/53/108 (1999) (in force Apr. 2002);

- Resolution 1267 (1999) of October 15, 1999 on the freezing of the funds and other financial resources of the Taliban;

- Resolution 1269 (1999) of October 19, 1999 calling upon states to take steps to deny those who finance terrorist acts safe haven;

- Resolution 1333 (2000) of December 19, 2000 on the freezing of the funds and other resources of Usama bin Laden and the Al-Qaida organization;

- Resolution 1363 (2001) of July 30, 2001 on the establishment of a mechanism to monitor the implementation of measures imposed by Resolutions 1267 (1999) and 1333 (2000);

- Resolution 1373 (2001) of September 28, 2001 on threats to international peace and security caused by terrorist acts, and mandating the formation of the Counter-Terrorism Committee;

- Resolution 1377 (2001) of November 12, 2001, calling upon states to implement fully Resolution 1373 (2001);

- Resolution 1390 (2002) of January 16, 2002, effectively merging the freezing measures of Resolutions 1267 (1999) and 1333 (2000);

- Resolution 1455 (2003) of January 17, 2003 on measures to improve the implementation of the freezing measures of Resolutions 1267 (1999), 1333 (2000), and 1390 (2002);

- Resolution 1456 (2003) of January 29, 2003, reaffirming that "measures to detect and stem the flow of finance and funds for terrorist purposes must be urgently strengthened;" stating that states must "bring to justice those who finance…terrorist acts;" and urging states to become parties to the 1999

8

Terrorism Financing Convention; calling on Counter-Terrorism Committee to intensify efforts to implement Resolution 1373 (2001);

- Resolution 1526 (2004) of January 30, 2004, calling upon states to implement fully Resolution 1373 (2001), and measures to improve the freezing measures of Resolutions 1267 (1999) and 1333 (2000);

- Resolution 1535 (2004) of March 26, 2004, calling upon states to implement fully Resolution 1373 (2001).

38.    The United States, at the highest levels, has also specifically condemned the provision of financial support to families of suicide bombers. Indeed, on April 4, 2002, United States President George W. Bush condemned Palestinian suicide bombers and the payments being made to their families: "They're not martyrs. They're murderers and they undermine the cause of the Palestinian people. Those governments . . . that reward parents for the sacrifice of their children are guilty of soliciting murder of the worst kind."

39.    On June 25, 2003, President Bush called for "swift, decisive action against terror groups such as Hamas, to cut off their funding and support."

40.    On October 17, 2003, Vice President Richard B. Cheney described President Bush's position regarding the culpability of supporters of terrorist organizations: "Any person... that *supports*, protects or harbors terrorists is complicit in the murder of the innocent and will be held to account."

**II.    Universal Condemnation of Genocide**

41.    Suicide bombings and other murderous attacks by terrorist organizations against innocent Israeli civilians are undeniably acts of genocide. *See* The Convention on the Prevention and Punishment of the Crime of Genocide ("Convention on Genocide"), 78 U.N.T.S. 277 (defining genocide as an act "committed with the intent to destroy, in whole or in part, a national, ethnical, racial, or religious group").

9

42.    The international community has universally condemned the crime of genocide, thus incorporating the offense into the law of nations pursuant to the ATCA.

43.    The following international conventions and/or United Nations Security Council Resolutions make clear that the crime of genocide is incorporated into the law of nations:

- The Convention on the Prevention and Punishment of the Crime of Genocide ("Convention on Genocide"), 78 U.N.T.S. 277;

- The Statute of the International Criminal Tribunal for the Former Yugoslavia ("Statute of the ICTY"), Art. 4 (adopted by the U.N. Security Council in Resolution No. 808 (May 3, 1993)), U.N. Doc. S/25704;

- The Statute of the International Criminal Tribunal for Rwanda ("Statute of the ICTR"), Art. 2 (adopted by the U.N. Security Council in Resolution No. 955), U.N. Doc. S/INF/50 (1994);

- The Rome Statute of the International Criminal Court, U.N. GAOR, 52d Sess., Annex II, at 4, U.N. Doc. A/CONF.183/9 (1998), Art. 6.

### III.    Universal Condemnation of Crimes against Humanity

44.    Suicide bombings and other murderous attacks by terrorist organizations against innocent Israeli civilians are undeniably crimes against humanity. *See* The Rome Statute of the International Criminal Court, U.N. GAOR, 52d Sess., Annex II, at 4, U.N. Doc. A/CONF.183/9 (1998), Art. 7 (defining crimes against humanity as acts "committed as part of a widespread or systematic attack directed against any civilian population, with knowledge of the attack").

45.    The international community has universally condemned crimes against humanity, thus incorporating this offense into the law of nations pursuant to the ATCA.

46.    The following international conventions and/or United Nations Security Council Resolutions make clear that crimes against humanity are incorporated into the law of nations:

- The Charter of the International Military Tribunal, Aug. 8, 1945, art. 6I, 59 Stat. 1546, 1547, E.A.S. NO. 472, 82 U.N.T.S. 284;

- The Statute of the International Criminal Tribunal for the Former Yugoslavia, Art. 5;

- The Statute of the International Criminal Tribunal for Rwanda, Art. 3;

- The Rome Statute of the International Criminal Court, Art. 7.

## FACTUAL ALLEGATIONS

I.   **Terrorism, Genocide and Crimes against Humanity against the Israeli Population**

A.   **Historical Origins of the Palestinian Terrorist Campaign**

47.    Since the formation of the State of Israel in 1948, Palestinian paramilitary and terrorist organizations have sought to destroy Israel through the systematic murder of Jews and other civilians in Israel.

48.    In December 1987, a collective Palestinian uprising -- or *intifada* -- erupted against Israel in the West Bank and in Gaza.

49.    This case has its origins in a second Palestinian *intifada*, which erupted in late September 2000, and which has since engulfed Palestinians and Israelis in violent armed conflict that continues to this day.

50.    With the outbreak of the Second Intifada, Hamas and other Palestinian terrorist organizations intensified the terror campaign of widespread and systematic suicide bombings and other murderous attacks within Israel, the West Bank and Gaza.

51.    The Second Intifada's terrorist campaign is designed not only to kill Jewish and Israeli civilians, but to intimidate and coerce the civilian population of Israel to cause Israel to cede territory to the Palestinians and ultimately to destroy the Jewish state.

52.    According to some estimates, terrorist organizations such as Hamas, PIJ, AAMB, and PFLP have attempted approximately 21,000 attacks, which have targeted Jewish and Israeli

civilians and those in innocent proximity, resulting in the death and injury of thousands of individuals.

53.     Hamas and other terrorist organizations have rewarded these suicide bombings and other murderous attacks and provided incentives for future acts by financially subsidizing family members of suicide bombers and other terrorist operatives who were killed, injured and imprisoned, and by ensuring that the families of such "martyrs" were revered in the community.

**B.   The Terrorist Bombing Campaign Orchestrated by Hamas**

54.     Hamas is a terrorist organization based in the West Bank and Gaza Strip.

55.     Hamas was founded by Sheikh Ahmed Yassin in 1987.  In August 1988, Hamas published its charter called the Covenant of the Islamic Resistance Movement which states that the purpose of Hamas is to create an Islamic Palestinian state throughout Israel by eliminating the State of Israel and its citizenry and innocent bystanders through *violent jihad.*  This charter was distributed throughout the world, including in the Occupied Territories, Jordan, and the Middle East, in booklet form and via the Internet.

56.     The Hamas charter states that "Israel will exist and will continue to exist until Islam will obliterate it, just as it obliterated others before it."  The charter sets forth Hamas' slogan:  "Allah is its target, the Prophet is its model, the Koran its constitution: *Jihad is its path and death for the sake of Allah is the loftiest of its wishes.*"

57.     Hamas condemns all peaceful solutions to the Palestinian Israeli conflict.  For example, Hamas materials state: "There is no solution for the Palestinian question except through Jihad.  Initiatives, proposals and international conferences are all a waste of time and vain endeavors."

58.    Hamas achieves its goals through a military and a social wing. The military wing, called Izz el-Din al-Qassam Brigades, carries out suicide bombings and other murderous attacks within Israel, the West Bank and Gaza. These attacks target civilians and have resulted in deaths and injuries to hundreds of individuals including Plaintiffs in this action.

59.    In 1995, the U.S. government named Hamas a "Specially Designated Terrorist" entity, at which time its assets subject to U.S. jurisdiction were blocked by Executive Order 12947 and implementing regulations. The Executive Order prohibits transactions, including financial transactions, with organizations and individuals so designated. Former Hamas Political Bureau Chief and current Deputy Chief Mousa Abu Marzook was designated as a Specifically Designated Terrorist on August 29, 1995.

60.    On October 8, 1997, Hamas was designated a Foreign Terrorist Organization by the U.S. Secretary of State pursuant to 8 U.S.C. § 1189, by publication in the Federal Register. It became unlawful to provide material support and resources, including currency or monetary instruments, financial services, personnel, transportation and other provisions, to any component of Hamas. On October 12, 1997, the Jordanian newspaper *Al-Ra'y* listed the designation of Hamas as a foreign terrorist organization.

61.    The designations of Hamas as a Specially Designated Terrorist and a Foreign Terrorist Organization were public events well-known to the entire banking community including Arab Bank. Nevertheless, Hamas has been enormously successfully at raising funds to support its terrorist activities through commercial banks, including Arab Bank.

62.    Hamas has long financially supported "martyrs," including suicide bombers, as a key inducement to terror. Ibrahim al-Yazuri, an original participant in the founding of Hamas, explained in a London newspaper interview:

13

The Hamas movement is concerned about its individuals and its elements, especially those who engage in the blessed *jihad* against the hateful Israeli occupation.... The movement takes care of their families and their children and provides them with as much material and moral support as it can.... The movement provides this aid through the support and assistance it gives to *zakat* committees and the Islamic associations and institutions in the Gaza Strip.

63.    The Israeli Supreme Court recognized the importance of Hamas' support for the families of suicide bombers in its opinion regarding the appeal of Hamas fundraiser Sheikh Ra'ed Salah:

> The modus operandi of the organization [known as] Hamas, as described by professional opinion and [demonstrated by] the evidence, shows that its civilian activities provide an infrastructure for its terrorist activities by supporting, reinforcing and encouraging them...transferring funds to support the families of suicide bombers and security detainees can certainly be considered an incentive and encouragement for the perpetrating of lethal terrorist attacks and has nothing in common with ordinary religious behests to contribute to the welfare of the needy and indigent, which the complainant [sheikh Ra'ed Salah] and his representatives would like to use to camouflage their actions.
>
> (*Sheikh Raed (Bin Salah) Mahajneh v. State of Israel*, Supreme Court of Israel, Case No. 7223/03, page 7 paragraph 5 (August 18, 2003)).

64.    According to the late Hamas leader Sheikh Ahmed Yassin, as of 2001, Hamas had distributed $2 to $3 million each month to relatives of Palestinian suicide bombers.

## C. Suicide Bombings and Other Murderous Acts Carried out in Furtherance of the Campaign of Genocide and Crimes against Humanity since the Start of the Second Intifada

65.    Since the beginning of the Second Intifada, suicide bombers and other genocidal murderers and maimers supported, encouraged and enticed by funds collected and disbursed by Arab Bank were responsible for numerous acts of international terrorism committed with the intent to destroy the State of Israel by the systematic murder of Jews and other Israelis, including the bombing at the Dolphinarium dance club that is the subject of this complaint.

66.     On June 1, 2001, Hamas suicide bomber Said Hassan Hussein Hotari blew himself up at the entrance to the Dolphinarium dance club in Tel Aviv. Twenty-two people were killed and eighty-three were wounded. Most of the youths killed or injured were girls, between the ages of fourteen and eighteen, and had been celebrating their high school graduation.

67.     In addition to the Dolphinarium suicide bombing, suicide bombers and other genocidal murderers and maimers supported, encouraged and enticed by funds collected and disbursed by Arab Bank were responsible for the following attacks:

(1)     October 19, 2000: AAMB gunmen opened fire on a group of Israeli men, women, and children hiking at Mount Eival near Nablus. One person was killed and several others were injured.

(2)     November 13, 2000: AAMB gunmen Muhammad Mahmoud Barash, Muhannad Halaweh, Samar Muhammad Abu Kweik, and Ahmed Ghandur attacked a car traveling the road between Ofra and Neve Zuf, killing an Israeli woman.

(3)     November 20, 2000: AAMB terrorists launched an artillery shell at a school bus carrying children and teachers near Kfar Darom. Two were killed and nine were wounded.

(4)     November 21, 2000: A sniper shots and killed an Israeli at the Kissufim Road – Gush Katif junction.

(5)     November 22, 2000: PIJ[1] blew up a car bomb alongside a bus in Hadera, killing two and injuring sixty others.

(6)     December 8, 2000: Hamas gunmen Wael Kamal Jabari, Marwan Muhtaseb, and Rajai Karaki ambushed a van near Kiryat Arba, killing two people and injuring one.

(7)     December 12, 2000: PFLP terrorists attacked a car in Morag with automatic weapons, injuring two civilians.

(8)     December 28, 2000: Hamas set off a series of pipe bomb blasts in Tel Aviv, injuring thirteen.

---

[1] Additional reports indicate that Hamas claimed responsibility for this attack.

15

(9)     January 2, 2001:  AAMB gunmen opened fire on a vehicle at the Haravata Junction on Route 443, injuring two.

(10)    January 8, 2001:  Gunmen opened fire upon a car in Givat Ze'ev, injuring a woman and her young son.

(11)    January 23, 2001:  AAMB[2] terrorists, led by Raed Karmi, kidnapped and executed two Israeli cousins at a restaurant in Tulkarem.

(12)    February 14, 2001:  Hamas[3] terrorist Khalil Muhammad Abu Alba drove a bus into a crowd at the Azour Junction bus stop, killing eight and wounding twenty five.

(13)    February 27, 2001:  AAMB gunmen armed with assault rifles ambushed a van driving from the Atarot Industrial Zone toward Givat Ze'ev, shooting and wounding at least one civilian.

(14)    February 28, 2001:  Hamas member Zeid Kiliani detonated a bomb in a restaurant on Tel Aviv's Allenby Street, injuring at least one civilian.

(15)    March 4, 2001:  Hamas suicide bomber Ahmed Amer Hamdan Aliyan detonated an explosives-laden case on the main street of Netanya, killing three and wounding sixty five.

(16)    March 28, 2001:  Hamas suicide bomber Fadi Atallah Yusuf Amer blew himself up near a gas station at the Neveh Yamin/Kfar Saba Junction. Two Israeli civilians were killed and four were wounded.

(17)    April 3, 2001:  Hamas terrorists fired three mortar shells at Atzmona, wounding three.

(18)    May 8, 2001:  AAMB terrorists with Kalashnikov rifles, among them Muhammad Ghazi Muhammad Yadeq, shot and killed a man at the Binyamin Farm near Itamar.

(19)    May 18, 2001:  Hamas suicide bomber Mahmoud Ahmed Mahmoud Marmash detonated an explosive device strapped to his body at the entrance to the Hasharon Mall in Netanya.  Five Israeli civilians were killed and 86 were wounded.

(20)    May 23, 2001:  Palestinian gunmen opened fire in an ambush on the road outside Ariel, killing one man.

---

[2] Additional reports indicate Hamas claimed responsibility for this attack.

[3] Additional reports indicate that the perpetrator may have been affiliated with PIJ.

(21)    May 25, 2001: PIJ suicide bombers Ramez Osama Abu al-Hija and 'Ala Sabbah drove an explosives-laden car into the side of a bus near the central station in Hadera, injuring sixty five.

(22)    May 29, 2001: AAMB terrorists ambushed a car outside Kedumim, shooting a man and killing him.

(23)    May 31, 2001: An Israeli man was killed in a drive-by shooting by AAMB operatives Muhammad Ibrahim Nimer Naefa and Raed Karmi in the Baqa Sharqia district of Tulkarem.

(24)    June 18, 2001: AAMB terrorists Muhammad Ibrahim Nimer Naefa and Raed Karmi shot and killed an Israeli man near Einav.

(25)    June 25, 2001: PIJ gunmen shot and injured a boy in Hebron.

(26)    July 12, 2001: An AAMB gunman opened fire at Kiryat Arba, killing a man and injuring another.

(27)    July 16, 2001: PIJ suicide bomber Nidal Mustafa Ibrahim Shaduf blew himself up at a bus stop in Binyamina, killing two and injuring eleven.

(28)    August 9, 2001: Hamas suicide bomber Izzedine Shahil Ahmed Masri blew himself up at the Sbarro restaurant located on King George and Jaffa Street in Jerusalem. Fifteen Israelis were killed and 110 were wounded.

(29)    August 12, 2001: PIJ gunman Mahmoud Farajala opened fire near Kiryat Gat, wounding at least one civilian.

(30)    August 27, 2001: PFLP terrorists shot at a vehicle driving between Har Bracha and Itamar near Nablus, killing an Israeli man.

(31)    August 30, 2001: A masked AAMB gunman approached an Israeli man dining with friends in the village of Na'alin and shot and killed him at point-blank range.

(32)    September 12, 2001: An Israeli woman is killed and her husband wounded in a drive-by shooting by AAMB operative Karem Hassan at Habla Junction, east of Qalqilya.

(33)    September 15, 2001: AAMB gunman Heitham al-Mutfak Hamdan opened fire on a vehicle traveling on Route 9 in northern Jerusalem, killing one man and injuring another.

(34)   October 2, 2001:  Hamas militants Ibrahim Nizar Rayan and Abdallah Sha'aban launched a grenade and gun attack on Alei Sinai, killing two civilians and injuring fifteen.

(35)   October 5, 2001:  An Israeli man was killed in a machine gun ambush near Avnei Hefetz.  Both PIJ and AAMB issued claims of responsibility.

(36)   October 28, 2001:  PIJ gunmen Nidal al-Jabali and Yusuf Sweitat opened fire on a crowd at a bus stop in Hadera, killing five and wounding forty.

(37)   November 4, 2001:  PIJ member Hatem Shweikeh opened fire with a sub-machine gun on a No. 25 bus at the French Hill junction in northern Jerusalem, killing two and wounding 45.

(38)   November 4, 2001:  PIJ terrorists detonated an explosive charge at a factory in the Shaked Industrial Zone, injuring three.

(39)   November 27, 2001:  Hamas operatives attacked a convoy at Gush Katif with grenades and gunfire, killing one and injuring three.

(40)   November 27, 2001:  Abdul Karim Omar Muhammad Abu Na'asa and Mustafa Faisal Abu Sariah, terrorists from PIJ and AAMB, opened fire on a crowd at the Central Bus Station in Afula, killing two and injuring fifty.

(41)   December 1, 2001:  Two Hamas suicide bombers, Nabil Mahmoud Halbiya and Osama Eid Baher, detonated explosive devices concealed in bags as well as explosive belts on Ben Yehuda Street in Jerusalem. Immediately afterwards, a booby-trapped car exploded.  Eleven civilians were killed and 170 were wounded.

(42)   December 12, 2001:  Three Hamas terrorists, including Assem Yusuf Rihan and Muhammad Rihan, attacked a No. 189 bus with a roadside bomb, anti-tank grenades, and light arms fire near the entrance to Emmanuel.  Ten Israeli civilians were killed and thirteen were injured.

(43)   January 15, 2002:  AAMB terrorists Muhammad Matzlah, Fares Ghanem, and Zeidan al-Badawi shot and killed a woman and wounded her aunt near a gas station at the entrance to Givat Ze'ev.

(44)   January 17, 2002:  AAMB gunman Abdul Salaam Sadek Hasouna opened fire on a crowd at a bat mitzvah reception in Hadera.  Six were killed and thirty five were injured.

(45)   January 22, 2002:  AAMB gunman Said Ibrahim Ramadan opened fire with an M-16 assault rifle near a bus stop on Jaffa Road in downtown Jerusalem, killing two and injuring forty.

(46)    January 25, 2002:  PIJ suicide bomber Safwat Abdul Rahman Khalil detonated at a crowded pedestrian shopping mall in Tel Aviv, wounding 24.

(47)    February 9, 2002:  Hamas gunmen fired upon a car traveling between Ariel and the Tapuach Junction on the Trans-Samaria Highway, killing an elderly woman and injuring her two sons.

(48)    February 16, 2002:  PFLP suicide bomber Sadiq Ahed Abdul Hafez blew himself up at the mall in Karnei Shomron, killing three and wounding twenty five.

(49)    February 25, 2002:  A young Israeli was wounded in an AAMB drive-by shooting near the Zif Junction south of Hebron.

(50)    March 2, 2002:   AAMB suicide bomber Muhammad Ahmed Abdul Rahman Daraghmeh blew himself up near a *yeshiva* in the ultra-Orthodox Beit Yisrael neighborhood in the center of Jerusalem, where people were gathered for a bar-mitzvah celebration.  Ten were killed and fifty others were injured.

(51)    March 3, 2002:  AAMB terrorist Taher Hamed opened fire at a roadblock near Ofra, killing ten and injuring six others.

(52)    March 5, 2002:  PIJ suicide bomber Abdul Karim Tahaineh detonated at the Afula central bus station, killing one and injuring ten.

(53)    March 5, 2002:  AAMB terrorist Ibrahim Hasouna opened fire on two adjacent restaurants in Tel Aviv, killing three and wounding over thirty.

(54)    March 7, 2002:  Suicide bomber Shadi Nasar detonated at the entrance to the Eshel HaShomron Hotel in Ariel, wounding fourteen.  Both AAMB and PFLP issued claims of responsibility.

(55)    March 9, 2002:  Two AAMB gunmen, Said Abdul Hafiz al-Bata and Shadi Ali al-Najmi, opened fire on a promenade near the Jeremy Hotel in Netanya, killing two and injuring fifty more.

(56)    March 9, 2002:   Hamas suicide bomber Fuad Horani detonated an explosive device strapped to his body at the entrance to Cafe Moment in Jerusalem.   Eleven Israeli civilians were killed and fifty eight were wounded.

(57)    March 12, 2002:  AAMB gunmen fired at a vehicle at the Kiryat Sefer checkpoint east of Modi'in Ilit, killing one civilian and injuring another.

(58)    March 12, 2002:  AAMB gunman Munif Abu Bahar fired at a car driving near Katzir in Wadi Ara, injuring the driver.

(59)    March 17, 2002:  AAMB terrorist Amar Abed Almagig Shahrir opened fire on a Kfar Saba street corner, killing a girl and wounding sixteen other civilians.

(60)    March 20, 2002:  PIJ suicide bomber Rafat Abu Diyak boarded an 823 bus and blew himself up in Wadi Ara, near Afula, killing seven and injuring forty two.

(61)    March 21, 2002:  AAMB suicide bomber Muhammad Hashaika blew himself up in the center of a crowd of shoppers on King George Street in Jerusalem, killing three people and wounding eight.

(62)    March 27, 2002:  Hamas suicide bomber Abdul Baset Mahmoud al-Awdah blew himself up with an explosive belt during a Passover seder at the Park Hotel in Netanya.  Twenty nine Israeli civilians were killed and 144 were injured.

(63)    March 30, 2002:  AAMB suicide bomber Muhannad Salahat detonated a bomb in a busy coffee shop on Allenby Street in Tel Aviv.  At least twenty civilians were injured.

(64)    March 31, 2002:  Just after 2:00 p.m on a Sunday afternoon during the Passover holiday, Hamas suicide bomber Shadi Zakariya Rada Tubasi entered the popular Matza Restaurant in Haifa and blew himself up.  The explosion tore the roof off the one-story building and blew out the windows, leaving horrific scenes of people on fire and with severed limbs.  A total of fifteen Israeli civilians were killed and thirty one were wounded.

(65)    April 12, 2002:  Andaleeb Takafka, a female AAMB suicide bomber, blew herself up at a bus stop on Jaffa Road at the entrance to Jerusalem's Mahane Yehuda open-air market, killing six people and injuring 104.

(66)    May 7, 2002:  A Hamas suicide bomber, believed to be Muhammad Jamil Ahmed Muamar, detonated an explosive belt and an additional explosive device, carried in a bag, at a snooker club in Rishon Lezion.  Seventeen Israeli civilians were killed and sixty were wounded.

(67)    May 12, 2002:  An Israeli man was shot and killed by his Palestinian employee in Gush Katif.

(68)     May 19, 2002: Disguised as a soldier, PFLP[4] suicide bomber Osama Bushkar blew himself up in the market in Netanya, killing three people and injuring fifty nine.

(69)     May 28, 2002: An AAMB gunman infiltrated Itamar and opened fire on a group of boys playing basketball. Three were killed and two others were wounded.

(70)     May 28, 2002: One Israeli was killed and one was injured in an AAMB shooting attack on a car near Ramallah.

(71)     June 5, 2002: PIJ suicide bomber Hamza Arif Hussein Samudi drove a car packed with a large quantity of explosives into a No. 830 bus at Megiddo Junction near Afula, killing seventeen people and injuring fifty others.

(72)     June 18, 2002: Hamas suicide bomber Muhammad al-Ghoul detonated an explosives-laden bag on a bus traveling along Dov-Yosef Street in the Gilo neighborhood of Jerusalem. Nineteen civilians were killed and fifty others were wounded.

(73)     June 19, 2002: Suicide bomber Said Awadeh blew himself up at a crowded bus stop and hitchhiking post at the French Hill intersection in northern Jerusalem. Six people were killed in the attack and fifty were injured. Hamas and AAMB claimed responsibility for the attack.

(74)     June 20, 2002: A terrorist entered Itamar, south of Nablus, and shot and killed five civilians. Two other children and two soldiers were also injured in the attack. The PFLP and AAMB claimed responsibility.

(75)     July 16, 2002: Hamas terrorists, including Asem Asida and Nasser Asida attacked a No. 189 bus traveling from Bnei Brak to Emmanuel, detonating an explosive charge next to the bus while terrorists disguised in IDF uniforms waited in ambush and opened fire on the bus. The attack was carried out by the same Hamas cell that perpetrated a similar attack on Emmanuel on December 12, 2001. Nine people were killed in the attack and twenty were injured.

(76)     July 17, 2002: Ibrahim Naji Walwil and Muhammad Ismail Atallah detonated tandem suicide bombings by Tel Aviv's Neve Sha'anan Street, killing three and injuring thirty. The attacks were a joint operation conducted by AAMB and PIJ.

---

[4] Additional reports indicate the perpetrator may have been affiliated with Hamas.

(77)    July 26, 2002:  AAMB members staged an ambush attack on two cars traveling near the Zif Junction near Hebron, killing three members of a family and injuring several others.

(78)    July 31, 2002: Hamas operative Muhammad Odeh detonated a bomb in the Frank Sinatra student center on the Hebrew University's Mt. Scopus campus, killing nine people and injuring eighty five.

(79)    August 4, 2002:  Ibrahim al-Saou, a pistol-wielding AAMB[5] terrorist, opened fire near the Damascus Gate of Jerusalem's Old City, killing two and wounding seventeen others.

(80)    August 4, 2002: Hamas suicide bomber Jihad Khaled Hamada detonated an explosive device strapped to his body while on a bus traveling near Mt. Meron in northern Israel.  Nine Israeli civilians were killed and forty eight were wounded.

(81)    October 3, 2002:  At least one civilian was shot and wounded at Sheva Junction.

(82)    October 20, 2002:  A Hamas sniper shot and killed an Israeli civilian in Gush Katif.

(83)    October 21, 2002: PIJ suicide bombers Ashraf al-Asmar and Muhammad Hassanain drove a jeep containing approximately 100 kilograms of explosives up to a No. 841 bus, pulled over at a bus stop while traveling along Wadi Ara on Route No. 65 towards Hadera, and detonated it. Fourteen people were killed and fifty others were wounded.

(84)    October 27, 2002:  At least one civilian was injured in a shooting on the road between Morag and Neve Dekalim in Gush Katif.

(85)    October 27, 2002: Hamas[6] suicide bomber Muhammad Faisal al-Bustami killed three and wounded several others at a gas station in Ariel.

(86)    November 4, 2002:  PIJ suicide bomber Nabil Sawalha detonated at the Harim Mall in Kfar Saba, killing two and wounding seventy.

(87)    November 15, 2002:   PIJ militants Diab Muhammad Abdel Muti Muhtaseb, Akram Abdel Muhsin al-Hanini, and Walaa Hashem Daoud Surur opened fire and threw grenades at a crowd in Kiryat Arba, killing twelve and wounding fifteen.

---

[5] Additional reports indicate the perpetrator may have been affiliated with Hamas.

[6] Additional reports indicate that AAMB claimed responsibility for this attack.

(88)  November 18, 2002:  Hamas terrorists shot and killed an Israeli woman as she drove home from work on the Alon Highway, near Rimonim Junction.

(89)  November 21, 2002:  Hamas suicide bomber Na'il Azmi Abu Halil detonated an explosive belt on the No. 20 bus on Mexico Street in Jerusalem. Eleven Israelis were killed and fifty more were wounded.

(90)  November 22, 2002:  Hamas gunmen fired on a car traveling on the road between Jerusalem and Kiryat Arba, injuring at least two civilians.

(91)  November 28, 2002:  AAMB terrorists Omar Muhammad Abu al-Rob and Muhammad Ragheb Abu al-Rob opened fire on a polling station in Beit She'an, killing six and wounding more than twenty.

(92)  December 20, 2002:  PIJ gunmen shot at a car driving through the Kissufim Corridor, killing one.

(93)  January 5, 2003: A suicide bombing by the AAMB at the Egged Central Bus Station in Tel Aviv, perpetrated by Samer Imad al-Nuri and Buraq Rifaat Khalifa, killed 23 and injured over 100 others.

(94)  March 4, 2003:  Tanzim operative Mahmoud Hushiyah stabbed and wounded a woman at the Arad Bus Station.

(95)  March 5, 2003: Hamas suicide bomber Mahmoud Imran Salim al-Qawasmeh blew himself up on the No. 37 bus on Moriah Street in Haifa. Fifteen Israeli civilians were killed and fifty three were wounded.

(96)  March 7, 2003:  Hamas terrorists infiltrated Kiryat Arba, killing two and injuring five.

(97)  April 15, 2003:  Hamas gunman Muhammad Khanil Yunus opened fire at the Karni Crossing, killing two and injuring four.

(98)  April 30, 2003:  Asif Mohammed Hanif perpetrated a bombing at Mike's Place, a popular beachside pub in Tel Aviv, killing two and injuring over fifty others.  Hamas and AAMB claimed responsibility.

(99)  May 5, 2003:  AAMB gunmen Kamel Ghanem and Issam Farukh opened fire on a vehicle near Morag, killing one and injuring two.

(100)  May 18, 2003:  Hamas suicide bomber Bassem Jamil Takrouri detonated on the No. 6 bus near French Hill in Jerusalem.  Seven were killed and twenty were wounded.

(101)   June 11, 2003:  Hamas suicide bomber Abdul Mu'ati Shabana detonated on a bus in Jerusalem, killing seventeen and injuring over 100.

(102)   June 17, 2003:  A PIJ terrorist sprayed a car with bullets near the Kibbutz Eyal junction on the Trans-Israel Highway, killing a young girl and injuring three members of her family.

(103)   June 21, 2003:  AAMB member Mahmoud Halila stabbed and injured a civilian at the Kiryat Ata junction.

(104)   August 12, 2003:  AAMB suicide bomber Khamis Juran carried out an attack on a shopping mall in Rosh Ha'ayin, killing a man and wounding several others.

(105)   August 19, 2003:  Raed Abdul Hameed Misk, a Hamas suicide bomber dressed in the garb of an orthodox Jew, boarded a No. 2 bus in Jerusalem and detonated himself, killing twenty three and wounding 133.

(106)   August 29, 2003:  AAMB gunmen ambushed and fired upon a vehicle at the Alon intersection, killing a man and injuring his wife.

(107)   September 9, 2003:  Hamas suicide bomber Ihab Abdul Qader Mahmoud Abu Salim detonated at a bus stop near Tel Aviv, killing eight young Israelis and wounding fourteen others.  The explosion blasted human remains twenty feet on the underside of the roof of the bus shelter.

(108)   September 9, 2003:  A Hamas suicide bomber, Ramez Fahmy Abu Salim, struck at the Café Hillel, a popular venue in the heart of Jerusalem's German Colony.  Securities guards stopped the bomber as he approached the café and he detonated the explosive, blowing in the windows on the main street.  Seven bystanders were killed and over fifty were wounded.

(109)   October 4, 2003:  Hanadi Tayseer Jaradat, a female PIJ suicide bomber, blew herself up at the popular Maxim Restaurant in Haifa, killing twenty one and wounding fifty one.

(110)   November 21, 2003:  Two Israelis were shot dead at a construction site near Abu Dis in East Jerusalem.  The Jenin Martyrs' Brigades, an offshoot of AAMB, claimed responsibility.

(111)   November 30, 2003:  Hamas operatives launched mortar shells into Neve Dekalim, injuring at least one civilian.

(112)   December 12, 2003:  An AAMB gunman opened fire on a group of worshippers outside of Joseph's Tomb in Nablus, injuring seven.

(113) December 25, 2003: PFLP suicide bomber Said Hanani detonated at a bus stop at the Geha Junction near Petah Tikva, east of Tel Aviv, killing four and injuring over twenty others.

(114) January 29, 2004: AAMB[7] suicide bomber Ali Ja'ara detonated aboard a Jerusalem bus, killing ten and injuring over fifty.

(115) February 22, 2004: A suicide bombing by AAMB member Muhammad Za'ul of a No. 14 bus in Jerusalem killed eight and injured over sixty.

(116) February 27, 2004: Hamas operatives launched mortar shells into Neve Dekalim, injuring at least two civilians.

(117) March 14, 2004: Hamas and the AAMB claimed joint responsibility for dual suicide attacks at Ashdod port, perpetrated by Muhammad Zuheir Salem and Nabil Ibrahim Masoud, which injured sixteen and killed ten.

(118) June 27, 2004: An AAMB terrorist shot and killed a man in his car in Beit Rima.

(119) June 28, 2004: Hamas operatives fired a Qassam rocket into the northern Negev town of Sderot. The missile hit a nursery school, killing two, and injuring eleven others.

(120) June 29, 2004: Hamas militants launched Qassam rockets into Sderot, injuring nine.

(121) July 18, 2004: Hamas operatives launched a Qassam rocket into Sderot, injuring at least one civilian.

(122) August 2, 2004: Hamas launched a Qassam rocket into Sderot, injuring four.

(123) August 19, 2004: Hamas operatives launched two Qassam rockets into Sderot, injuring twenty five.

(124) August 31, 2004: Hamas operatives Ahmed Qawasmeh and Naseem al-Jabri carries out two suicide bombings within minutes of each other on two Beersheba city buses, killing sixteen people and injuring over 100.

(125) September 3, 2004: Hamas operatives launced a Qassam rocket into Sderot, injuring at least one civilian.

---

[7] Additional reports indicate that the perpetrator may have been affiliated with Hamas.

(126)  September 23, 2004:  Hamas operatives launched a Qassam rocket into Sderot, injuring at least one civilian.

(127)  September 29, 2004:  Hamas operatives launched Qassam rockets into Sderot, killing two children and wounding twenty other civilians.

(128)  October 3, 2004:  Hamas launched a Qassam rocket into Sderot, injuring at least two civilians.

(129)  November 1, 2004:  PFLP suicide bomber Amer al-Farr detonated in the Ha'Carmel Market in central Tel Aviv, killing three and wounding over thirty.

(130)  November 3, 2004:  PIJ launched a missile at the Agudat Gaza army base in Gush Katif, injuring at least one civilian.

(131)  December 10, 2004:  Hamas operatives launched mortar shells into Neve Dekalim, injuring at least one civilian.

(132)  December 30, 2004:  Hamas operatives launched mortar shells into Neve Dekalim, injuring at least one civilian.

(133)  January 2, 2005:  Hamas terrorists launched a mortar attack on the Erez Industrial area and killed one Israeli.

(134)  January 13, 2005:  Palestinian terrorists Muhannad Abdul Rahman al-Mansi, Samir Muhammad Jeha, and Mahmoud Majdi Muhammad al-Masri activated an explosive device on the Palestinian side of the Karni crossing, infiltrated the Israeli side, and fired at Israeli civilians, killing six and wounding five.  Hamas and AAMB claimed joint responsibility.

(135)  January 15, 2005:  Hamas operatives launched a Qassam rocket into Sderot.  The rocket exploded, showering shrapnel which killed one and injured two.

(136)  February 25, 2005:  PIJ suicide bomber Abdullah Said Badran detonates his explosives outside the Stage Club in Tel Aviv, killing five and wounding fifty others.

## II. **Arab Bank incentivized and incited terrorist attacks by participating in programs designed to encourage suicide bombers through payments to the families of martyrs who participated in suicide bombing attacks.**

### A. **The Kingdom of Saudi Arabia established known programs to incentivize suicide bombings and other murderous attacks.**

26

68.     Historically and as a matter of state policy, the Kingdom of Saudi Arabia has morally, politically and financially supported the *intifada*.

69.     In furtherance of this national policy, following the Arab-Israeli war in 1967, the Kingdom of Saudi Arabia formed the Popular Committee for Assisting the Palestinian Mujahideen (the "Mujahideen Committee") for the express purpose of "assisting the freedom fighters of Palestine," and "extending assistance to members of the families of the martyrs." This support has included substantial financial assistance for terrorist organizations such as Hamas.

70.     The government of the United States has opposed and condemned the funding of Hamas by the Kingdom of Saudi Arabia.  In 1994, for example, President Clinton reportedly requested that Saudi Arabia stop providing financial support to Hamas.

71.     In spite of this warning, the Kingdom of Saudi Arabia has increased its support for terrorist groups such as Hamas and has openly and officially supported suicide bombings and other murderous attacks by Hamas and other Palestinian terrorist organizations.  In early May 2002, Saudi Arabia's Minister of Islamic Affairs publicly stated: "[t]he suicide bombings are permitted," adding that "the victims are considered to have died a martyr's death."

72.     In order to further encourage, incite and make possible the Second Intifada – including its campaign of systematic suicide bombings and other murderous attacks – in October 2000, the Kingdom of Saudi Arabia established the Saudi Committee for Aid to the Al Quds Intifada ("Saudi Committee"), pursuant to Royal Decree # 8636.  The purpose of the Saudi Committee is to provide support to the families and dependents of Palestinian "martyrs."

73.     On or about October 9, 2000, King Fahd Ibn Abdul Aziz issued directives to the governors of all administrative regions of Saudi Arabia to gather donations from the public to

27

support the Second Intifada, including through the Saudi Committee. The Saudi Committee was to be headed by Prince Nayef bin Abd Al-Aziz, the Interior Minister of Saudi Arabia and the half-brother of Saudi Crown Prince Abdullah. According to a 2004 U.S. government report, the Saudi Committee "has served as the main conduit for Saudi financial and material aid to the Palestinian territories since its establishment."

74.    In late October 2000, the Arab League held an emergency summit in Cairo to discuss the Second Intifada.

> The Crown Prince told the summit: "[o]ur support for our Palestinian brothers should not only be political and moral. It should include all possible [financial] means. Accordingly, we propose the establishment of a special trust under the name of the 'Al Quds Intifada Fund' with a capital of 200 million US dollars. This amount will be allocated to the families and education of the children of the Palestinian martyrs who sacrificed their lives in the struggle.... The Kingdom shall contribute 25% of the amount allocated [to the Al Quds Intifada Fund].

75.    In April 2001, Saudi state-run television broadcast a "telethon" to benefit the Saudi Committee, which reportedly raised over $100 million in donations. In Senate testimony on April 24, 2001, U.S. Secretary of State Colin Powell was asked whether he knew how the $100 million raised in the Spring 2001 telethon for the Saudi Committee was disbursed. He said: "We have seen some indications some of the money…would be going to elements of Hamas. So there are some troubling aspects as to how that telethon money would be distributed."

76.    Indeed, Dr. Assaf, the Saudi Minister of Finance and National Economy, stated around the time of the "telethon" that the Saudi Committee had pledged SR 20,000 [$5,333] to each Palestinian family that had suffered from martyrdom. He said that SR 124 million [$33.07 million] had been transferred for this purpose.

77.    The web page of the Royal Embassy of Saudi Arabia in Washington contained similar declarations. A March 20, 2001 posting read: "The fund . . . targets the families of

victims of the *intifada* (i.e. the perpetrators). The Saudi Committee has pledged a sum of $5,333 to each family that has suffered from martyrdom. A total of $33.07 million has been transferred for this purpose, and to provide for the injured." An April 1, 2001 posting read: "Financial assistance is currently being provided to the families of those martyred."

78.    In June 2001, Prince Nayef, Saudi Minister of the Interior, chaired the second meeting of the representatives to the Saudi Committee of the regions' governorates in Jeddah. At the meeting, representatives reviewed fundraising campaigns in various regions. Prince Nayef announced that more than SR 160,709,000 had been provided to families of Palestinian "martyrs." According to published reports, he also urged citizens and residents to support the Saudi Committee.

79.    In July 2001, according to published reports, Prince Nayef directed the Saudi Committee to distribute SR 5.57 million to, among others, 28 families of "martyrs" and 29 Palestinian charity ("*zakat*") committees.

80.    In April 2002, King Fahd chaired a meeting of the Council of Ministers that reviewed Saudi support for the Second Intifada. The Council of Ministers launched a fundraising campaign to support the *intifada*, including a telethon held on Saudi Arabian Television to benefit the Saudi Committee. A statement released in connection with the telethon and fundraising campaign specified that "The [Saudi Committee] will continue to provide direct assistance to the families of Palestinian martyrs and those wounded while resisting the occupation."

81.    In May 2002, following that "telethon," Mubarak Al Biker, Executive Manager of the Saudi Committee, explained in an English-language press report in *Arab News* that the Saudi

Committee made no distinction between paying families of suicide bombers and families of Palestinians killed by Israel military action.

82.    In May 2003, a report issued by the Saudi Committee indicated that the Saudi Committee had raised SR 658,091,218, of which SR 411,181,881 had been spent to support, among others, the families and dependents of Palestinian "martyrs," including suicide bombers, the injured and the imprisoned.

83.    In practice, the Saudi Committee was a professional fundraising apparatus designed to incentivize the Palestinian terror campaign by providing a comprehensive benefit of $5,316.06 for the families of Palestinian terrorists.

## B. Arab Bank purposefully supported programs designed to encourage suicide bombers through providing payments to the families of martyrs who participated in suicide bombing attacks.

84.    Arab Bank and other commercial banks participated in the development of an administrative process for distributing funds raised by the Mujahideen Committee and the Saudi Committee (the "Committees") to Palestinian martyrs and their families.

85.    The Committees established a dedicated account at Arab Bank known as Account 98 to accept donations to the Committees.  Account 98 funds were also transferred to accounts maintained by zakat committees at Arab Bank branches in the West Bank and Gaza acting on behalf of, and under the control of, designated Foreign Terrorist Organizations such as Hamas.

86.    The web page of the Saudi Committee indicated that donations to the Saudi Committee would be accepted and collected in Account 98.  According to published accounts, the SR 150,000,000 raised in October 2000 alone to support the Saudi Committee "was deposited in the unified account number 98."

87.    There was widespread publicity surrounding efforts to raise private donations for the Saudi Committee, including television and newspaper accounts (including, as early as February 2001, newspaper accounts that listed the names of Palestinian prisoners and the names of Palestinian "martyrs" who received financial benefits), along with at least two fund-raising "telethons" on Saudi state-run television.

88.    Once collected, transferred and concentrated in this manner, funds were delivered to their intended beneficiaries through a structured financial path.

89.    The Saudi Committee used information provided by welfare societies and official Palestinian sources to prepare a list of potential beneficiaries. The beneficiaries included "the families of martyrs" and "the families of prisoners." The Saudi Committee verified the names of the beneficiaries, their contact information, and their injury with Palestinian officials.

90.    The Saudi Committee would then provide Arab Bank with detailed lists consisting of the names of the "martyrs," personal information and details concerning the date and manner of death and other relevant information.

91.    Arab Bank, in consultation with the Saudi Committee and local representatives of Hamas, finalized the lists, maintained a database of persons eligible to receive payments and opened a dollar account for each beneficiary. Every eligible Palestinian family was encouraged to collect the terrorism payment through a local branch of the Arab Bank in the West Bank or Gaza, including through advertisements placed in Palestinian newspapers in 2001 and 2002 by the Saudi Committee and Hamas-controlled zakat committees.

92.    The Saudi Committee would then deposit a standard amount of Saudi riyals or U.S. dollars into the account. Since the Saudi Committee raised funds in Saudi Riyals, which cannot conveniently be converted into Israeli currency (most commonly used in Palestinian

controlled areas), Arab Bank converted those funds into U.S. dollars through its New York branch and then routed the funds back to its local branches.

93.     After the deposits were transferred to Arab Bank branches in the West Bank and the Gaza Strip, the families were required to present to the bank an "official" certification from the Palestinian Authority (replete with a unique identification number) establishing the bona fides of the "martyr."

94.     If the documentation proved satisfactory, Arab Bank issued a receipt to the designated recipient of the martyrdom payment. For example, Dia A-Tawil perpetrated a suicide bombing attack on March 27, 2001 on behalf of Hamas. He was designated Palestinian Authority Martyr No. 449. His father, Hussien Mohamed Favah Tawil, presented the "official" certification to the defendant, Arab Bank, and received a confirmatory receipt stating that the benefit was paid to his Arab Bank account in Ramallah.

95.     In this manner, Arab Bank provided substantial material support to Palestinian terrorist organizations, including designated Foreign Terrorist Organizations or their fronts, and provided a meaningful incentive, both to prospective recruits and to individuals contemplating the commission of independent acts of violence, for the purpose of advancing a systematic terrorist suicide bombing campaign.

## C. Arab Bank's participation in funding the families of suicide bombers was knowing and purposeful.

96.     The Saudi Committee's original website posed this question: "What has been done with your donations?" The answer: "Opening a bank account for every entitled [Palestinian] through Arab Bank in Palestine."

97.     The Saudi Committee also posted on its website voluminous records relating to its remittances through spring 2002. The Saudi Committee's archived website reveals that the

Saudi Committee provided financial support to, among others, the families of approximately 67 Palestinian terrorists who perpetrated attacks against Israeli, U.S. and other civilians from October 26, 2000 through March 20, 2002, including the Dolphinarium bombing.

98.     According to the Saudi Committee's 2001 annual report, monies were deposited directly into the accounts of 986 individual beneficiaries, including specifically the families of Palestinian suicide bombers, with each "victim" receiving SR 10,000.

99.     In April 2002, as part of Operation Defensive Shield, Israeli Defense Forces raided the offices of the Tulkarem Charitable Committee and uncovered numerous documents corroborating the fact that Arab Bank was purposefully supporting the financing of terrorist bombings by providing banking services to Tulkarem Charitable Society, including documents signed by Hosni Hassan Hussein al-Khawajah.

100.    Among the documents recovered in the raid, Israeli officials discovered a spreadsheet detailing how $545,000 of funds received from the Saudi Committee had been allocated to families of Palestinian suicide bombers and other terrorist operatives.    The spreadsheet identified, among other things, suicide bombers, by name, the date of the bombing for which the suicide bomber was responsible and the number of people killed by the bombing, as well as other Hamas operatives directly involved in planning or executing terrorist attacks.

101.    The spreadsheet and other captured documents corroborated that families of the Hamas operatives involved in Dolphinarium suicide bombing received payments from the Saudi Committee: Abdel Rahman Hamad, a Hamas operative, and Said Hassan Hussein Hotari, the suicide bomber, who were responsible for the June 2001 bombing of the Dolphinarium disco in Tel Aviv, both received such payments.

102.   In addition, the spreadsheet showed that the following families of Hamas suicide bombers and terrorist activists received payments from the Saudi Committee:

(1) Ahmed Amer Hamdan Aliyan who committed a "suicide act on Netanya" on March 4, 2001;

(2) Mahmoud Ahmed Mahmoud Marmash who committed a "suicide act" at the Hasharon Mall in Netanya on May 18, 2001;

(3) Fadi Attalluh Yusuf Amer, who committed a suicide attack at the Neveh Yamin/Kfar Sabba Junction on March 28, 2001;

(4) Izzedine Shahil Ahmed Masri, the suicide bomber responsible for the attack at the Sbarro restaurant in Jerusalem on August 9, 2001;

(5) Osama Eid Baher, one of the suicide bombers responsible for an attack on Ben Yehuda Street in Jerusalem on December 1, 2001;

(6) Assem Yusuf Rihan, who was among those responsible for the attack on a No. 189 bus near the entrance to the Emmanuel on December 12, 2001;

(7) Muhammad Ahmed Abdul Rahman Daraghmeh, who was the suicide bomber responsible for the attack near a yeshiva in Beit Yisrael neighborhood of Jerusalem on March 2, 2002.

103.   Another document corroborated that Arab Bank's Tulkarem branch was involved in the payment of 20,105 Jordanian dinars [approximately $29,000] to the family of PIJ suicide bomber Murad 'Abd al-Fatah al-Asl, who perpetrated the suicide bombing attack at the Beit Lid intersection, near Netanya, on September 9, 2001, as compensation for his death, the razing of their house and the incarceration of his cousin.

104.   Another document showed the transfer of $5,000 to $7,000 to the family of PIJ operative Rami Muhammad Jamil Mutlaq Ghanem, who perpetrated the suicide bombing attack at the London Café in Netanya on March 30, 2003, to compensate for his death, as well as $14,000 to compensate for the razing of the family's house, and an increased monthly allowance.

105.    An Israeli Defense Forces Military Report noted that "according to the captured documents, the [Saudi] Committee was aware that the funds it transferred were paid to families of terrorists who perpetrated murderous attacks in Israeli cities, in which many Israelis were killed and wounded."

106.    Arab Bank also knew that these documented payments to the families of terrorists incentivized and made possible scores of suicide bombing attacks by Palestinian terrorist organizations. Before Account 98 was opened, very few suicide bombing attacks occurred in Israel; however, there have been at least 40,000 Account 98 transactions since October of 2000 and during that same time period the number of suicide and other murderous attacks have substantially increased.

107.    Through the program administered by Arab Bank, the Saudi Committee paid and transmitted benefits to at least 200 fallen "martyrs" in the first year of its existence alone. As of November 2001, the Saudi Committee paid more than forty-two million dollars ($42,000,000) to terrorists and/or their beneficiaries. According to Arab Bank's Chief Banking Officer, Shukry Bishara, Arab Bank has transmitted $90,000,000.00 to Palestine on behalf of the Saudi Committee to "institutions and individuals alike."

108.    The tremendous increase in the number of bombings and other murderous attacks is directly attributable to the establishment of Account 98 which was crucial to the development of the terrorist infrastructure.

109.    Accordingly, it is a matter of public record that Arab Bank purposefully participated in implementing a terrorist financing scheme for the purpose of supporting the Second Intifada.

III.  **Arab Bank Provided Banking Services to Terrorist Organizations for the Purpose of Supporting Terrorism, Genocide and Crimes against Humanity**

A.  **Arab Bank Maintained Bank Accounts for Known Terrorist Groups, Including Hamas.**

110.    Arab Bank has provided banking services to numerous known terrorist organizations.  For example, Arab Bank maintained bank accounts for Hamas, despite the fact that Arab Bank knew that Hamas had been named a Specially Designated Terrorist Entity ("SDT") in 1995, a designated FTO in 1997 (and subsequently in 1999, 2001, and 2003), and a SDGT in 2001.

111.    Arab Bank has provided banking services to Hamas directly through its El-Mazra Branch Account # 3-810-622473-0330 in Beirut, Lebanon, through which Hamas collected funds directly in the name of Hamas.  Similarly, the Hamas web site directed its supporters to make contributions to Account # 38924/510 at Arab Bank's Gaza branch.

112.    Arab Bank knew that Hamas, and other terrorist groups, were using Arab Bank accounts to maintain funds for terrorist activities because Hamas advertised its use of Arab Bank's services, including the following pertinent examples:

- On October 3, 2000, during the early days of the ongoing violent Palestinian-Israeli confrontation, a program on Orbit TV (an Arabic cable TV network backed by the powerful Mawarid Group of Saudi Arabia) interviewed Hezbollah leader Sheikh Hassan Nasrallah and former Hamas leader Sheikh Ahmad Yassin.  The program showed a slide of the names of banks and account numbers where donations could be deposited for the Palestinians participating in the violent confrontation with Israel:  Arab Bank, Geneva Branch, account number 2225200; and Arab Bank, Al-Shamissani, Amman, account number 9171.1.510;

- On October 9, 2002, Hamas posted a request on the Hamas Internet site for contributions to the Palestinian publicity effort (the "holy war of words") through the Beirut branch of the Arab Bank;

- The Voice of Al-Aqsa Internet site (www.aqsavoice.net) (which served Hamas) posted an announcement on May 3, 2004, condemning the Israeli air

force's attack on the station. The announcement read as follows: "In order to help renew our broadcasts, you can donate to the Al-Ribat Lil-I'lam account, number 100835 at the Al-Rimal [Gaza] branch of the Arab Bank or [account] number 20669 at the Arab Islamic Bank in Gaza."

113.    Arab Bank also provided banking services to SDGTs that were agents of Hamas, including The Association de Secours Palestinien (Arab Bank, Zurich), the Commite de Bienfaisance et de Secours aux Palestiniens (Arab Bank, Paris), and the Palestinian Association in Austria (Arab Bank, Paris).

114.    Arab Bank also maintained accounts for known terrorists and supporters of extremist organizations such as Hamas and Al Qaeda, including Yassin Al Qadi, Waleed Abu Shaikah, Adel Al Harithy, Omar Saleh Saeed Al Amoudi, and Cambridge Engineering Systems.

115.    In addition, Arab Bank maintained the following accounts for known terrorist operatives or supporters of terrorist operatives:

- Account no. 544134, belonging to Muhammad Nazih Salah Abu 'Abah (Hamas operative from Qalqiliya);

- Account no. 582310, belonging to Muntasser Abu Ghalyon (head of Fatah/Tanzim in Jenin);

- Account no. 431387, belonging to Na'if Abu Sharakh (head of Fatah Tanzim in Nablus);

- Account no. 579639, belonging to Ibrahim Mustafa Ibrahim Abu Shaduf of Jenin (father of suicide bomber member of the Palestinian Islamic Jihad); and

- Account no. 36972, belonging to Tahaani Muhammad Mahmoud Manameh from the Gaza Strip (the wife of a senior Hamas operative who was killed in May 2001).

### B. Arab Bank Purposefully Maintained Bank Accounts, Solicited, Collected, Laundered, and Distributed Funds for Terrorist Front Organizations Located Throughout the World.

116.    Arab Bank has solicited, collected, laundered, and distributed funds for known terrorist fronts that pose as charitable organizations in support of their terrorist activities.

117.    An internal Hamas memorandum captured by the Israeli army during a raid of the offices of the Hebron Charitable Committee described Hamas' plan for building its network of charitable front organizations. According to the memo:

- Hamas arranges for the "transfer [of] large sums" to the charitable committee and other Hamas front organizations through the "charity activities" of their operatives abroad;

- Hamas "require[s] new bank account numbers for money transfers" and promises that the Hamas will: invest efforts to transfer money for the martyrs (the shahids) and prisoners, via the transfer [to] charitable institutions. This is a primary goal in the framework of the effort to transfer aid money to these institutions, so that these budgets are released in the best manner and in order to bring about an improvement in the level of the movement's performance;

- Hamas plans to continue to "build up the activities and operations" of its front organizations by, among other things, "taking advantage of the conditions and the atmosphere of death."

118.    Al-Ansar (a designated Hamas charity front) maintained an account with the Arab Bank in Gaza for the purpose of collecting funds for and distributing funds to martyrs. Al-Ansar's website explained that:

> The Director General of the Al-Ansar Charitable Society and the person in charge of the portfolio for the care of the martyrs at the Society's website said that the Society has furnished the management of the Arab Bank with lists of names of the martyrs and the families of the entitled beneficiaries, in order to pay the monies to which the martyrs are entitled.

119.    Arab Bank has also maintained the following accounts for known front organizations, which are used to fund notorious terrorist groups such as Hamas:

| Branch | Account No. | Name on Account | Associated Terrorist Organization |
|---|---|---|---|
| Jenin | 581345 | Jenin Charitable Society | Hamas |
| Nablus | 400271 | Nablus Al-Tadamun Charitable Society | Hamas |
| Nablus | 400336 | Nablus Islamic Aid Committee | Hamas |
| Qalqiliya | 542042 | Al-Qur'an wa al-Sunnah Society Qalqiliya | Hamas |
| Tulkarem | 500010 | Tulkarem Charitable Society | Hamas |
| Tulkarem | 503375 | Tulkarem Charitable Society | Hamas |
| Nablus | 445444 | Al-Lod Charitable Society | Hamas |
| Nablus | 400415 | Social Center, Rehabilitation Committee, Al-Wafaa' Building Charitable Society | Hamas |
| Qalqiliya | 540939 | Qalqiliya Charitable Society | Hamas |
| Nablus | 400739 | Tubas Charitable Society | Hamas |
| Ramallah | 666473 | Jama'ah al-Islamiya | Hamas |
| Al-Manara-Qalqiliya`1 | 610686 | Ramallah Charitable Society | Hamas |
| Al-Bireh | 649611 | Al-Bireh Al-Islah Society | Hamas |
| Bethlehem | 717520 | Bethlehem Elehssan Society | Hamas |
| Bethlehem | 709966 | Bethlehem Society for Orphans | Palestinian Islamic Jihad |
| Hebron | 760376 | Hebron Young Muslims' Society | Hamas |
| Hebron | 750049 | Hebron Young Muslims' Society | Hamas |
| Hebron | 751100 | Hebron Young Muslims' Society | Hamas |
| Bethlehem | 713392 | Zakat Committee Dehaishe Refugee Camp | Hamas |
| Hebron | 751542 | Hebron Elehssan Society | Hamas |
| Bethlehem | 711161 | Al-Islah Charitable Society | Hamas |
| Al-Bireh | 609509 | Al-Huda Society – Ramallah | Hamas |
| Gaza | 124109 | Central Islamic Society – Gaza Strip | Hamas |
| Ramal | 100208 | Charitable and Children's Mercy Society – Gaza Strip | Hamas |
| Gaza | 10188 | House of the Qur'an and Sunnah Society | Hamas |
| Ramal | 100605 | Trusteeship for the Care of the Aged Society | Hamas |
| Ramal | 100541 | Al-Ansar Society | Identified with Iran |
| Ramal | 120655 | Al-Ansar Society | Identified with Iran |
| Gaza | 3683 | The Islamic Society | Hamas |
| Gaza | 365459 | The Al-Nur Prisoner Society | Hamas |
| Khan Yunis | 2001438 | Khan Yunis Charity and Mercy Society | Hamas |
| Gaza | 5858 | Nusseirat Islamic Society | Hamas |
| Gaza | 150/3 | Khan Yunis Charitable Society | Hamas |
| Gaza | 35287 | Gaza Charitable Society for the Sick | Hamas |

| Gaza | 3155 | The Islamic University – Gaza | Hamas |
| Khan Yunis | 200139 | Qararah Islamic Society | Hamas |
| Gaza | 15115 | Jabalia Islamic Society | Hamas |
| Rafah | 2036 | Rafah Islamic Society | Hamas |
| Azariya | 302656 | Azariya Society for the Fostering of Women | Hamas |
| Gaza | 39435 | Nur Al-Ma'rifah Society | Hamas |
| Jenin | 578669 | Jenin Elehssan Society | Palestinian Islamic Jihad |

120.    Each of the above listed terrorists front organizations officially holds themselves out to the public as a charitable organization with a purely humanitarian and benign purpose; however, as Arab Bank is aware, their primary mission is to raise and launder funds for terrorist organizations and otherwise to coordinate and conduct activities that are essential to the conduct of terrorist bombings and other murderous activities.

### i. **Arab Bank purposefully supported the efforts of the Tulkarem Charitable Society to fund Hamas' suicide bombing campaign.**

121.    The Tulkarem Charitable Society is known as one of Hamas' most prominent financial supporters.

122.    According to the U.S. Department of Justice, the Tulkarem Charity Committee is a Hamas front organization controlled by Hamas operatives.  For several years the Tulkarem Charitable Society has been headed by Hamas activist Hosni Hassan Hussein al-Khawajah.

123.    The Tulkarem Charitable Society is financially supported by terrorist fronts abroad which provide aid for the infrastructure of terrorist organizations, including Hamas, PIJ, and AAMB.  These well known organizations include Hamas fronts such as the Holy Land Foundation for Relief and Development in the United States ("HLF"), World Assembly of Muslim Youth ("WAMY") in Saudi Arabia, the Palestinian Relief and Development Fund in

Britain ("Interpal"), Committee for Palestinian Charity and Aid ("CPSP") in France, and the International Relief Fund for the Afflicted and Needy in Canada ("IRFAN").

124.    As early as December 2001, the Palestinian Authority was aware of and targeted the activities of the Tulkarem Charitable Society. At one point it froze funds transferred from the Al-Hussein branch of the Arab Bank in Jordan to the Tulkarem Charitable Society's account. In 2002, Israel outlawed the Tulkarem Charitable Society.

125.    The Tulkarem branch of Arab Bank manages all of the Tulkarem Charitable Society's financial business, including the receipt of funds from external sources and the payment of funds to terrorist organizations, such as Hamas, and the families of terrorist martyrs, including Hamas suicide bombers. For example, funds are transferred to accounts maintained for the Tulkarem Charity Committee at the Tulkarem branch of Arab Bank, including Account # 9070-500010-6/500.

126.    Arab Bank and its New York branch converted substantial sums of money and forwarded tens of thousands of dollars from New York to the Tulkarem account of the Tulkarem Charitable Committee at the Arab Bank and to other known Hamas fronts.

127.    Moreover, the New York branch of the Arab Bank facilitated the transfer of significant sums to the Tulkarem Charitable Committee and other agents of Hamas despite the fact that in some cases both the "donor" of the funds as well as the recipient had been previously formally designated as "Unlawful Organizations" by the government of Israel.

## ii. **Arab Bank purposefully supported the efforts of the Coalition of Benevolence to fund Hamas' suicide bombing campaign.**

128.    Arab Bank collected and received donations from known members of the Coalition of Benevolence, which is an organization comprised of a number of charities throughout the world connected to Hamas including, the Palestinian Relief and Development

Fund – Interpal in the United Kingdom (which has been designated as a Specially Designated Global Terrorist Entity by the United States based on its relationship with Hamas), the Comitè de Bienfaisance et de Secours aux Palestinien ("CBSP") in France, the Al-Aqsa Foundation in Germany, the Netherlands, and Belgium, and Al-Quds Fund for Humanitarian Services in Canada.

129.    The Coalition of Benevolence was founded by Sheikh Yusuf Al-Qaradawi, a leading Islamic cleric in the Middle East whose *fatwas* sanction the use of suicide bombings against the people of Israel as a permissible activity in Islam.  Qaradawi has stated, "These operations [suicide bombings] are among the most respectable forms of Jihad.  This legitimate terror is allowed by the Qur'an."

130.    Arab Bank's support for the Coalition of Benevolence is open and notorious.  A Hamas-affiliated website has called for donations to "Al-Aqsa and the brothers in Palestine" to be deposited in a coalition account at the Arab Bank's branch in Lebanon.

131.    The 101 Days Campaign, which is associated with the Coalition of Benevolence, published a request on its official website that visitors donate to the organization through its accounts in any branch of the Arab Bank.

132.    As stated in French publications in July 2003, the coalition member CBSP also holds an account in Arab Bank.

133.    Further, members of the coalition have transferred money to the accounts held by the Humanitarian Relief Association (the "HRA") in the West Bank branch of the Arab Bank. The HRA, a charitable organization registered and located in Israel, was formed by the Islamic Movement in Israel.

134.    The Supreme Court of the State of Israel has recognized that the HRA's activities with Arab Bank encouraged the creation of a home front for the support of terrorist attacks, including suicide bombings and other murderous attacks, perpetrated by Hamas.

### iii. Arab Bank knowingly supported the efforts of the Holy Land Foundation for Relief and Development to fund Hamas' suicide bombing campaign.

135.    Arab Bank has also knowingly laundered funds for the Holy Land Foundation for Relief and Development ("HLF"), a Texas based "charity" which has raised funds in the United States for Hamas for more than a decade.

136.    Arab Bank channeled tens of thousands of dollars for HLF through its New York branch to the Ramallah Charitable Committee, the Tulkarem Charity Committee and the Charitable Society of Hebron, all agents of Hamas.

137.    On March 15, 1996, a feature article in The New York Times detailed the financing of Hamas by so-called charitable organizations. The article specifically discussed Israeli government claims that HLF was a "key fundraising operation" for Hamas.

138.    On May 6, 1997, the government of Israel designated HLF as a Hamas front organization and declared that HLF "deals in the practice of transferring monies to families of Hamas activists, who carried out deadly attacks. . . ."

139.    On September 25, 1997, the Palestinian Authority closed what it identified as 16 Hamas institutions and associations. HLF's Gaza office was one of the entities (temporarily) closed by the Palestinian Authority. The closure, including identification of HLF as a targeted Hamas entity, was detailed in a Jerusalem Post news account on September 28, 1997.

140.    On July 27, 2004, the HLF and its officers were criminally indicted in the United States District Court for the Northern District of Texas for providing material support to a designated Foreign Terrorist Organization (Hamas), based in part on payments made to the

families of Palestinian suicide bombers through, *inter alia*, zakat committees, including specifically the Ramallah Charitable Committee, Tulkarem Charitable Committee, and the Islamic Charity Society of Hebron. The indictment charged that "in this manner, the defendant effectively rewarded past, and encouraged future, suicide bombings and terrorist activities on behalf of Hamas." The indictment further stated: "This type of support was critical to Hamas' efforts to win the hearts and minds of the Palestinian people and to create an infrastructure solidifying Hamas' presence."

141.    On May 27, 2009, Judge Solis sentenced Shukri Abu Baker, 50, and Ghassan Elashi, 55, who founded the HLF, to 65 years apiece, and three other members of the HLF were sentenced to 15 to 20 years apiece.

142.    Arab Bank continued to deposit HLF fund transfers and credit the Arab Bank account of the Ramallah charitable front despite the fact that HLF was a well-known terrorist front organization.

## IV.    Arab Bank's Purposeful Support for Acts of Genocide and Crimes against Humanity Committed by Terrorist Organizations during the Second Intifada is Reflected by the Ideological Beliefs of Arab Bank and its Leaders.

143.    According to Arab Bank's website, Arab Bank's history is interlinked with that of the Shoman family and its founder Abdel Hameed Shoman. In 1984, the Shoman family published a biography of Abdel Hameed Shoman entitled *The Indomitable Arab*, which described Abdel Hameed Shoman's great anger toward Zionists, Jews, and others whom stood in the way of the growth of the Arab economy.

144.    Abdel Hameed Shoman's son Abdul Majeed Shoman became Chairman and General Manager of Arab Bank after his father passed away in 1974. During his time as Chairman, Abdul Majeed Shoman repeatedly made public statements expressing Arab Bank's

support for the Second Intifada. For example, a July 2000 interview published in the Jordanian newspaper Al-Dustour, entitled "The Jews Have No Right to Palestine," described Shoman as favoring the destruction of Israel.

145.    The July 2000 article quoted Shoman as stating that "for him a just solution would be the return [sic] of all Palestinian lands to their legitimate historical residents, i.e., the Palestinian people and the Arab nation." The article also quoted Shoman as stating that he was "against a Palestinian compromise [based on] a partial return [which included] the loss of some land, and that the Jews had no right to the land of Palestine."

146.    Abdul Majeed Shoman also raised and donated funds and encouraged others at Arab Bank to donate funds in support of the Palestinian Intifada. Shoman served as chairman for the Popular Committee in Support of the Palestinian Intifada, which gave financial support directly to the families of Palestinian "martyrs." Shoman raised approximately eight million Jordanian Dinar (JOD 8,000,000) or approximately $11,000,000 for martyrs' families, paying 1,000 JOD ($1,400) to each martyr's family and 300 JOD ($425) to each Palestinian injured in the violence. From 1995 to 2000, the Popular Committee raised an additional 1,200,000 JOD for the martyrs' families of the first Intifada.

147.    According to an October 2000 article published in *Al-Dustour*, Shoman held a meeting at the head offices of the Arab Bank in Jordan, at which he led a discussion on the Popular Committee for Support of the Intifada. At the meeting, Dr. Mamduh al-Abadi, chairman of the board, announced that the Committee would continue to give direct financial aid to the families of *shaheeds* (martyrs) and the wounded of the Al-Aqsa Intifada. Shoman made a personal contribution to the Al-Aqsa Intifada and also received contributions from his employees, who donated 5% of their salaries in support of the Al-Aqsa Intifada.

148.    According to published reports in *Al Bayan* (a newspaper in the United Arab Emirates), Abdul Majeed Shoman also traveled to Qatar for a meeting to raise money to finance and support the intifada.

149.    On November 22, 2000, Arab businessmen held a meeting with Yassir Arafat in order to form the Fund for Support of the Persistence of the Palestinian People to further bankroll the Palestinian Authority and the Second Intifada. Defendant Arab Bank pledged $2,000,000.00 and Mr. Shoman pledged $500,000.00 personally.

150.    On May 31, 2001, an article published in Al-Bayan cited a press release in which Shoman stated that "most of the institution's [Popular Committee for Support of the Intifada] activities centered around supporting the Intifada [the ongoing violent Palestinian-Israeli confrontation] and the Al-Aqsa Fund, which the institution had established at the beginning of the confrontation." Shoman called upon Arab and Palestinian businessmen to make generous donations to the Al-Aqsa Intifada Fund, which "provides emergency support for the families of 'martyrs' and those wounded in the Intifada."

151.    According to Arab Bank's website, Abdul Majeed Shoman's son Abdel Hamid Shoman became Chairman of Arab Bank after his father passed away on July 5, 2005. Abdel Hamid Shoman announced that as the Chairman of Arab Bank he would follow in his father's footsteps.

## COUNT ONE
## FINANCING OF TERRORISM IN VIOLATION OF THE LAW OF NATIONS

152.    Plaintiffs incorporate herein by reference the allegations contained in all preceding paragraphs.

153.    Starting on or about October 2000, certain terrorist organizations, including Hamas, engaged in a campaign of terrorist bombings that were part of a systematic and

widespread attack on the Israeli civilian population, in which they murdered and seriously injured Plaintiffs and several thousand innocent Israeli civilians.

154.    These terrorist groups have killed and injured Israeli civilians with the intent to destroy the State of Israel, to intimidate and destroy Israeli and Jewish civilians, and to establish an Islamic Palestinian state in place of Israel.

155.    The financing of this ten-year campaign of suicide bombings, including the bombing of the Dolphinarium dance club, involves acts which constitute financing of terrorism in violation of well-settled international law.

156.    Arab Bank financed acts of terrorism by collecting, maintaining and distributing funds to terrorist organizations with the knowledge and intent that the funds would be used to carry out defined terrorist bombings that were a part of Hamas' systematic and widespread attack on the Israeli population, including the bombing of the Dolphinarium dance club.

157.    In addition, Arab Bank financed acts of terrorism by collecting, maintaining and distributing funds to the families of suicide bombers and other perpetrators of murderous attacks against Israeli civilians for the purpose of incentivizing a terrorist campaign of suicide bombings designed to intimidate the Israeli population by causing death or serious bodily injury to Israeli civilians, including Hamas' bombing of the Dolphinarium dance club.

158.    Arab Bank's financing of suicide bombings and other murderous attacks committed by Hamas against the Israeli population, including the bombing of the Dolphinarium dance club, constitutes the crime of terrorist financing in violation of the law of nations, as defined by the International Convention for the Suppression of the Financing of Terrorism, the Bombing Convention and international law.

159.    Plaintiffs and their family members suffered serious physical and mental injuries as a proximate result of Arab Bank's conduct.

**COUNT TWO**
**AIDING AND ABETTING ACTS OF GENOCIDE IN VIOLATION OF THE LAW OF NATIONS**

160.    Plaintiffs incorporate herein by reference the allegations contained in all preceding paragraphs.

161.    Starting on or about October 2000, certain terrorist organizations, including Hamas, engaged in a campaign of terrorist bombings that were part of a systematic and widespread attack on the Israeli civilian population, in which they murdered or seriously injured several thousand innocent Israeli civilians, including Plaintiffs.

162.    These terrorist groups have killed and injured Israeli civilians with the intent to destroy the State of Israel, to intimidate and destroy Israeli and Jewish civilians, and to establish an Islamic Palestinian state in place of Israel.

163.    This ten-year campaign of suicide bombings, including the bombing of the Dolphinarium dance club, involves acts which constitute genocide in violation of well-settled international law, including the definition of genocide set forth in the Genocide Convention.

164.    Arab Bank aided and abetted such acts of genocide by distributing funds to the families of suicide bombers and other perpetrators of murderous attacks against Israeli civilians, including the families of the Hamas terrorists responsible for the bombing of the Dolphinarium dance club, for the purpose of incentivizing a terrorist campaign of suicide bombings designed to intimidate the Israeli population by causing death or serious bodily injury to Israeli civilians.

165.    Arab Bank also aided and abetted acts of genocide by providing banking services to terrorist organizations, their agents, and operatives, including by maintaining bank accounts

for known terrorist organizations Hamas, Palestinian Islamic Jihad, Fatah Tanzim, and Al Qaeda, for the purpose of advancing acts of genocide, including Hamas' bombing of the Dolphinarium dance club.

166.    Arab Bank also aided and abetted acts of genocide by maintaining accounts, and soliciting, collecting, laundering, and distributing funds for terrorist front organizations located throughout the world, for the purpose of advancing acts of genocide, including Hamas' bombing of the Dolphinarium dance club.

167.    Arab Bank's financing and support of suicide bombings and other murderous attacks committed by Hamas and other terrorist organizations against the Israeli population, including the bombing of the Dolphinarium dance club, substantially advanced acts of genocide in violation of the law of nations.

168.    Plaintiffs and their family members suffered serious physical and mental injuries as a proximate result of Arab Bank's conduct.

**COUNT THREE**
**AIDING AND ABETTING CRIMES AGAINST HUMANITY**
**IN VIOLATION OF INTERNATIONAL LAW**

169.    Plaintiffs incorporate herein by reference the averments contained in all preceding paragraphs.

170.    Starting on or about October 2000, certain terrorist organizations, including Hamas, engaged in a campaign of terrorist bombings that were part of a systematic and widespread attack on the Israeli civilian population, in which they murdered or seriously injured several thousand innocent Israeli civilians, including Plaintiffs.

171.    These terrorist groups have killed and injured Israeli civilians with the intent to destroy the State of Israel, to intimidate and destroy Israeli and Jewish civilians, and to establish an Islamic Palestinian state in place of Israel.

172.    This ten year campaign of suicide bombings, including the bombing of the Dolphinarium dance club, involves acts which constitute crimes against humanity in violation of well-settled international law.

173.    Arab Bank aided and abetted such crimes against humanity by distributing funds to the families of suicide bombers and other perpetrators of murderous attacks against Israeli civilians, including the families of the Hamas terrorists responsible for the bombing of the Dolphinarium dance club, for the purpose of incentivizing a terrorist campaign of suicide bombings designed to intimidate the Israeli population by causing death or serious bodily injury to Israeli civilians.

174.    Arab Bank also aided and abetted crimes against humanity by providing banking services to terrorist organizations, their agents, and operatives, including by maintaining bank accounts for known terrorist organizations Hamas, Palestinian Islamic Jihad, Fatah Tanzim, and Al Qaeda, for the purpose of advancing crimes against humanity, including Hamas' bombing of the Dolphinarium dance club.

175.    Arab Bank's financing and support of suicide bombings and other murderous attacks committed by Hamas and other terrorist organizations against the Israeli population, including the bombing of the Dolphinarium dance club, substantially advanced act which constitute crimes against humanity in violation of the law of nations.

176.    Plaintiffs and their family members suffered serious physical and mental injuries as a proximate result of Arab Bank's conduct.

**WHEREFORE**, Plaintiffs, who are aliens, demand judgment against Defendant as follows:

    i.   for compensatory damages in favor of each of the Plaintiffs in an amount to be determined at trial for damages for physical pain and suffering, emotional distress, shock, predisposition to future injury, disruption of life, emotional shock and trauma from witnessing the injuries, and loss of services;

    ii.  for punitive damages in an amount sufficient to prevent the Defendant from ever again supporting, encouraging, enticing, rewarding, financing, carrying-out and making possible terrorist or similar acts;

    iii.  for any and all interest and costs incurred in connection with the prosecution of this action, including reasonable attorney's fees;

    iv.  Such other and further relief as justice requires.

## JURY DEMAND

Plaintiffs demand trial by jury on all issues so triable.

Respectfully Submitted,

David S. Stone
Jason C. Spiro
Daniel Ian Mee
STONE & MAGNANINI LLLP
150 John F. Kennedy Pkwy, Fourth Floor
Short Hills, NJ 07040
Telephone: (973) 218-1111
Fax: (973) 218-1106

Of Counsel

Allan Gerson
ATTORNEY AT LAW
2131 S Street
Washington, DC 20008
Tel: (202) 966-8557

Dated: February 9, 2010