| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 4/1/2010 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 2:00 p.m. |
| | | END TIME: | 4:00 p.m. |
| DOCKET NO. | See annexed schedule | ASSIGNED JUDGE: | NG |
| CASE NAME: | See annexed schedule | | |

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Discovery Conference

APPEARANCES:   Plaintiffs   See Annexed List
                          Defendant   Kevin Walsh, Alan Howard

SCHEDULING AND RULINGS:

1. The next conference will be held on **May 27, 2010 at 11:00 a.m.**

2. For reasons stated on the record,

   a) the plaintiffs' joint motion for a protective order regarding the defendant's Fourth Set of Requests for Admissions is granted such that the plaintiffs' are not required to respond; and

   b) the *Almog* (04 CV 5564) and *Afriat-Kurtzer* (05 CV 388) plaintiffs' motion to compel answers to the Plaintiffs' Fifth Request for Admissions is granted in part such that the defendant will provide supplemental responses in accordance with the directions given by the court.

3. There being no opposition, the application by the plaintiffs in the recently filed action, *Agurenko, et al. v. Arab Bank Plc*, 10 CV 626, to consolidate their action with the other related actions for purposes of discovery and pretrial proceedings is granted.

4. The defendant's obligation to provide a witness list by April 22, 2010 is vacated. The plaintiffs will serve notices of deposition for witnesses they intend to call within 28 days, and the parties will confer in an effort to provide sufficient information to the defendant concerning the witnesses on the list served by the plaintiffs to enable some prioritization of the witnesses for purposes of scheduling depositions. At the next conference, the court will determine whether the information disclosed by the plaintiffs concerning their intended witnesses provides sufficient direction to enable the defendant to provide a list of likely witnesses, and if so will set a deadline for the preparation of such a list. The deadline for identification of expert witnesses remains unchanged.

## ARAB BANK CASES -- APPEARANCES

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| Linde v. Arab Bank, 04 CV 2799 | Joshua Glatter, Aaron Schlanger |
| Litle v. Arab Bank, 04 CV 5449 | James Bonner |
| Almog v. Arab Bank, 04 CV 5564 | Michael Elsner, Brian Frutig |
| Coulter v. Arab Bank, 05 CV 365 | Joshua Glatter, Aaron Schlanger |
| Afriat-Kurtzer v. Arab Bank, 05 CV 388 | Michael Elsner, Brian Frutig |
| Bennett v. Arab Bank, 05 CV 3183 | James Bonner |
| Roth v. Arab Bank, 05 CV 3738 | James Bonner |
| Weiss v. Arab Bank, 06 CV 1623 | James Bonner |
| Jesner v. Arab Bank, 06 CV 3869 | James Bonner |
| Lev v. Arab Bank, 08 CV 3251 | Michael Elsner, Brian Frutig |
| Agurenko v. Arab Bank, 10 CV 626 | David S. Stone, Jason C. Spiro |