# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

**MANDATE**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand and fifteen.

Before:     Robert D. Sack,
            Denny Chin,
            Susan L. Carney,
                 *Circuit Judge*s.

In Re: Arab Bank, PLC Alien Tort Statute Litigation

**JUDGMENT**
Docket Nos. 13-3605(L)
                    13- 3620(con)
                    13-3635(con)
                    13-4650(con)
                    13-4652(con)

The appeals in the above captioned case from an order of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.  Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgments of the district court are AFFIRMED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 05/24/2016**